**Order issued August 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-13-00329-CR

---

**DARIS JERMAINE MITCHELL, Appellant**

## V.

## THE STATE OF TEXAS, Appellee

---

## O R D E R

Before Justices O'Neill, Francis, and Fillmore

Based on the Court's opinion of this date, we **GRANT** the May 28, 2013 motion of April E. Smith for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove April E. Smith as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Daris Jermaine Mitchell, TDCJ No. 1835975, Beto Unit, 1391 FM 3328, Tennessee Colony, Texas, 75880.

/Molly Francis/
MOLLY FRANCIS
JUSTICE